UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MORTGAGE CORPORATION,<br><br>Defendant. | No. CV 10-1506-JST (PLAx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT CONFERENCE** |

A settlement conference in this matter is currently scheduled for Thursday, September 30, 2010, at 9:00 a.m. Based on the Confidential Settlement Conference Statements submitted by the parties, it is evident that the parties have failed to fully comply with paragraph 8 of the Court's August 16, 2010, Order Re Settlement Conference, which requires a good faith exchange of demands and offers.

Accordingly, **no later than noon on September 28, 2010**, each party shall submit to chambers a supplemental Confidential Settlement Conference Statement showing cause why the conference scheduled for September 30, 2010, should not be taken off calendar.

DATED: September 24, 2010

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE