MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770
EMAIL: Mrwainer@swmfirm.com

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for INDYMAC BANK, F.S.B.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case No. CV 10-01506 JST (PLAx) |
|---|---|
| Plaintiff, | **ORDER RE: DISMISSAL OF ACTION** |
| vs. | |
| FIRST MORTGAGE CORPORATION, a California corporation, | |
| Defendant. | |

The Court having read and reviewed the Stipulation for Dismissal of Action between the parties, and good cause appearing therefore, the above-entitled case is now dismissed with prejudice, and each party will bear their own costs and attorneys fees.

DATED: December 1, 2010          **JOSEPHINE STATON TUCKER**
                                 JUDGE OF THE UNITED STATES
                                 DISTRICT COURT